# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 5:22-cv-00915-SPG-KK                              Date November 29, 2022

Title: Janet Baez v. Cintas Corporation No 2 et al

Present: The Honorable SHERILYN PEACE GARNETT

| Patricia Gomez | Not Applicable |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Proceedings:   ☒ In Court     ☐ In Chambers     ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated 10/31/2022 (Dkt. No. 22).

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer   PG

CV-74 (10/08)                     CIVIL MINUTES -REOPENING/CLOSING